**93–962.** State v. Todays Bookstore, Inc. *Montgomery County*, No. CA 13153. This cause is pending before the court on the filing of a motion for an order directing the Court of Appeals for Montgomery County to certify its record and as a claimed appeal as of right from said court. Appellant's request for extension of time to file a memorandum in support of jurisdiction was denied by this court on May 14, 1993. It appears from the records of this court that appellant has not filed a memorandum in support of jurisdiction in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte*, effective June 25, 1993.

**93–994.** State v. Rooker. *Pike County*, No. 483. *Sua sponte*, cause dismissed for want of prosecution, effective June 25, 1993.

**93–1003.** State v. Alexander. *Cuyahoga County*, No. 61674. *Sua sponte*, cause dismissed for want of prosecution, effective June 25, 1993.

**93–1057.** Coburn v. Van Camp. *Clermont County*, No. CA92–11–108. This cause, here on appeal from the Court of Appeals for Clermont County, was considered in the manner prescribed by law. On application of appellee, this cause is hereby dismissed for lack of prosecution pursuant to Section 1, Rule II of the Supreme Court Rules of Practice, effective June 25, 1993.

**93–1181.** State v. Golden. *Stark County*, No. CA–6727. Cause dismissed, on appellant's application for dismissal, effective June 25, 1993.

## *Thursday, July 1, 1993*
## MOTION DOCKET

**93–1097.** State v. Lafreniere. *Lake County*, No. 91–L–070. This cause is pending before the court on a motion for leave to appeal from the Court of Appeals for Lake County and as a claimed appeal as of right from said court. Upon consideration of the appellant's motion to stay the decision of the Eleventh District Court of Appeals,

IT IS ORDERED by the court that said motion to stay the decision of the Eleventh District Court of Appeals be, and the same is hereby, granted.